UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SANTIAGO ABREU,
    Plaintiff,

vs.

L. C., LTD; PHILIP STRUEBIG; AND CYNTHIA J. STRUEBIG,
    Defendants.

Case No. 2:16-cv-00245
Hon. Joseph S. Van Bokkelen

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through the undersigned counsel, stipulate and agree to the dismissal of Plaintiff's Complaint, and all claims made therein, against Defendant in its entirety with prejudice and without costs or fees to either party.

**IT IS SO STIPULATED:**

Dated: October 27, 2016

/s/ George T. Blackmore

By: George T. Blackmore, Esq.
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
Email: george@cnalawgroup.com
Telephone: (248) 845-8594
Fax: (480) 999-0665
*Attorney for Plaintiff*

Dated: October 27, 2016

/s/Daniel Zamudio

By: Daniel Zamudio, Esq.
Zamudio Law Professionals, PC
233 South Colfax
Griffith, Indiana 46319
Email: dan@zlawpro.com
Phone: (219) 924-2300
Fax: (219) 924-2401
Attorney for Defendants